Pierce Estate.

506

Argued January 6, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Israel Packel*, with him *Arthur Packel*, and *Speiser, Satinsky, Gilliland & Packel*, for appellant, executrix.

*Roland Fleer*, for appellee.

OPINION PER CURIAM, March 15, 1960:

Decree affirmed on the opinion of President Judge TAXIS, 20 Pa. D. & C. 2d 51. Costs on appellant.